**Nettie H. RAND, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.**

No. 11702.

Circuit Court of Appeals, Eighth Circuit.

Nov. 10, 1941.

Daniel N. Kirby and Harry W. Kroeger, both of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and J. W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of United States Board of Tax Appeals affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on motion of petitioner and consent of respondent.

■

**Niels SCHULTZ, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Ellen SCHULTZ, Petitioner, v. SAME.**

Nos. 9986, 9987.

Circuit Court of Appeals, Ninth Circuit.

Dec. 2, 1941.

Gaylord & Gaylord, of San Francisco, Cal., for petitioners.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulations of counsel for the respective parties, and good cause therefor appearing, it is ordered that the petitions to review in these causes be dismissed, that a judgment be filed in each cause and entered accordingly, and that the mandates of this Court in these causes issue forthwith.

■

**UNITED STATES of America, v. Walter Herbert DANIELS.**

No. 9996.

Circuit Court of Appeals, Ninth Circuit.

Dec. 12, 1941.

Carl C. Donaugh, U. S. Atty., of Portland, Or., Francis J. McGan, Atty., Department of Justice, of Butte, Mont., and C. Laird McKenna, Asst. U. S. Atty., of Portland, Or., for appellant.

Allan A. Bynon, of Portland, Or., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.